| | |
|---|---|
| 1 | TIMOTHY J. GORRY (SBN 143797) |
| 2 | tgorry@mrllp.com |
| | **MICHELMAN & ROBINSON, LLP** |
| 3 | 10880 Wilshire Blvd., 19th Floor |
| | Los Angeles, CA 90024 |
| 4 | Telephone: (310) 299-5500 |
| 5 | Facsimile: (310) 299-5600 |
| 6 | SAMANTHA A. DRYSDALE (SBN 307233) |
| 7 | sdrysdale@mrllp.com |
| | **MICHELMAN & ROBINSON, LLP** |
| 8 | 17901 Von Karman Ave., Ste. 1000 |
| | Irvine, CA 92614 |
| 9 | Telephone: (714) 557-7990 |
| 10 | Facsimile: (714) 557-7991 |
| 11 | Attorneys for Plaintiff |
| 12 | BOUSTEAD SECURITIES, LLC; a California LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BOUSTEAD SECURITIES, LLC; a California LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CERBERUS CYBER SENTINEL CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive. <br><br> Defendant. | Case No.: 8:23−cv−00873−JVS (DFMx) <br><br> **NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Boustead Securities, LLC ("Plaintiff") and Defendant Cerberus Cyber Sentinel Corporation ("Defendant") (collectively "The Parties") hereby notify the Court that a global settlement has been reached in the above-captioned case.

The Parties respectfully request this Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed no later than September 29, 2023, at which time the parties will have executed and performed under the terms of the settlement agreement.

WHEREFORE, the Parties respectfully request until September 29, 2023 to file the dismissal, with the Court retaining jurisdiction to enforce the terms thereof thereafter.

**MICHELMAN & ROBINSON, LLP**

Date: September 6, 2023    By:    /s/Timothy J. Gorry
                                  Tim Gorry
                                  Samantha A. Drysdale
                                  Attorneys for Plaintiff,
                                  BOUSTEAD SECURITIES, LLC; a
                                  California LLC